**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**LINDA RAMEY,**

    **Plaintiff,**

**vs.**                                                                       **1:05-CV-161-SPM**

**THE PAUL REVERE LIFE
INSURANCE COMPANY, a foreign
corporation,**

    **Defendant.**
_____/

**ORDER DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the "Mediation Disposition Report" (doc. 14) filed March 31, 2006. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of ninety days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>third</u> day of April, 2006.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge

/pao